IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | CASE No.: 7:15-cr-00008 |
| | ) | |
| TURHAN BEY LAW II | ) | |
| | ) | |
| **Defendant** | ) | |

### SUPPLEMENT IN SUPPORT OF TURHAN LAW'S MOTION FOR COMPASSIONATE RELEASE

On September 30, 2020, counsel for Turhan Law filed a Motion for Compassionate Release, asking this Court to release him from the Bureau of Prisons because he had been recently diagnosed with cancer, is dire need of medical treatment, and is medically compromised given his custodial status. Counsel provides this supplement to the Court in further support of Mr. Law's motion seeking compassionate release.

Mr. Law was housed at FCI Loretto at the time his motion was filed. At that time FCI Loretto had no positive inmate cases, though 57 inmates had recovered. There were seven positive staff members at the time.

Because of the serious nature of Mr. Law's health condition, he was prioritized for transfer to another facility. Prior to his transfer, nearly three months after he was diagnosed with cancer, there was no treatment plan being executed.

Yesterday Mr. Law's transfer was completed. He is now at FMC Butner. At this moment FMC Butner is reporting that 108 inmates and 6 staff members are

1

positive with COVID. https://www.bop.gov/coronavirus/. The danger to Mr. Law has grown exponentially. His health situation is precarious, at best, in ordinary circumstances; his increased exposure because of his BOP placement may well be fatal.

    We, respectfully, urge this Court to take swift action and grant Mr. Law's compassionate release motion

    Dated this the 6th day of November, 2020.

Respectfully Submitted,

Turhan Bey Law II
By Counsel

JUVAL O. SCOTT
Federal Public Defender
Western District of Virginia

s/*Juval O. Scott*
Juval O. Scott
Federal Public Defender
210 First Street, Suite 400
Roanoke, VA 24011
(540) 777-0880
Juval_Scott@fd.org
IN #23741-049

CERTIFICATE OF SERVICE

    I hereby certify that on November 6, 2020, I caused the foregoing Motion for Compassionate Release to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the Assistant United States Attorney.

    s/*Juval O. Scott*

    Juval O. Scott