IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
|        **Plaintiff** ) | |
| ) | CASE No.: 7:15-cr-00008 |
| v. ) | |
| ) | |
| TURHAN BEY LAW II ) | |
| ) | |
|        **Defendant** ) | |

## SECOND SUPPLEMENT IN SUPPORT OF TURHAN LAW'S MOTION FOR COMPASSIONATE RELEASE

Mr. Law has provided updated information on his medical condition and treatment to the Court. Upon arrival at FMC Butner, the focus was on whether Mr. Law was COVID-19 positive. Med. Rec. 16. Five days later, on November 9, 2020, he had a preventative health visit. Med. Rec. 7. The records note he has anemia, asthma, acute nosebleeds, cancer of the nasopharynx, and an ear infection. Med. Rec. 8. Recurring lab tests were ordered. Med. Rec. 13. Chemotherapy was scheduled for December 7, 2020, more than a month after his arrival to FMC Butner and approximately three months after he was diagnosed with cancer. Med. Rec. 14. On November 12th, he consulted with the oncology unit. Med. Rec. 2. Another COVID-19 test was administered on November 18th. Med. Rec. 1.

Nothing in the updated medical records allays Mr. Law's concerns, and the information supports granting compassionate release. He has been battling illness for months; was diagnosed after exhibiting serious symptoms for a prolonged period; and is still waiting for treatment. The bureaucratic hiccups that appear to be in

play here may cost Mr. Law his life. Yes, he committed a serious offense, but it should not cost him his life.

We again respectfully ask this Court to grant Mr. Law's compassionate release motion

Dated this the 19th day of November, 2020.

Respectfully Submitted,

Turhan Bey Law II
By Counsel

JUVAL O. SCOTT
Federal Public Defender
Western District of Virginia

s/ *Juval O. Scott*
Juval O. Scott
Federal Public Defender
210 First Street, Suite 400
Roanoke, VA 24011
(540) 777-0880
Juval_Scott@fd.org
IN #23741-049

CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2020, I caused the foregoing Motion for Compassionate Release to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the Assistant United States Attorney.

s/ *Juval O. Scott*

Juval O. Scott

2