October 25, 2022

Honorable District Court Judge

United States District Court for the Western District of Virginia

Roanoke, Virginia

Dear Honorable District Court Judge,

I'm writing on behalf of Turhan Law II.  Turhan is my biological brother; Turhan and I grew up in the same household as children, so I can say Turhan has known me for 47 years.

I know Turhan was convicted of a serious offense; I would like to share some additional information about him for your consideration.  I can honestly say that since being released from prison Turhan has become an exceptional man, not because he's my brother, but as a judge of character.  Allow me to list some examples that make his character stand out: he provides mentorship towards my son, assists me with the training of two dogs, and is always willing to help in all ways possible, while living an honest clean life.  Turhan is an exceptional artist and can solve the hardest math problems, which comes in handy when helping my son who is currently a college student.  Turhan taught my son to play chess at a very young age.  Turhan has the patience that I do not have.  Turhan's downfall is that he was at the wrong place at the wrong time.  But not once have I heard Turhan complain or blame anyone else for his part in his previous conviction.   He uses it as his advantage of changing his life choices for the better.

I'm a seasoned nurse who handles the medical necessity of both our parents, Turhan has stepped up and assisted me with scheduling appointments, being my eyes and ears during the appointment.  It's a big help having Turhan accompanying our father to his appointments, being a male makes a difference, I'm sure.  Turhan has become fully committed to his church family.  He attends majority of the church functions when allowed.  I feel Turhan will have a positive impact on so many lives if he's granted release.

Thank you for your consideration.

Sincerely,

Kimberly Law

██████████████ Salem, Virginia 24153