

# ACE
# SMALL BUSINESS MANAGEMENT

THIS CERTIFIES THAT

## TURHAN LAW

HAS SUCCESSFULLY COMPLETED THE REQUIRED COURSE OF STUDY APPROVED BY THE SUPERVISOR OF EDUCATION AT FCI MORGANTOWN, AND IS THEREFORE AWARDED THIS

CERTIFICATE OF COMPLETION

GIVEN JULY OF 2016

_____
ADULT CONTINUING EDUCATION/PARENTING COORDINATOR









# ACE
## SMALL BUSINESS MANAGEMENT

THIS CERTIFIES THAT

# TURHAN LAW

HAS SUCCESSFULLY COMPLETED THE REQUIRED COURSE OF STUDY APPROVED BY THE SUPERVISOR OF EDUCATION AT FCI MORGANTOWN, AND IS THEREFORE AWARDED THIS

CERTIFICATE OF COMPLETION

GIVEN JULY OF 2016

_____
ADULT CONTINUING EDUCATION/PARENTING COORDINATOR

# Certificate of Completion

This is to certify

**LAW, TURHAN**
**18882-084**

Completed Drug Education
at the
Federal Correctional Institution, Morgantown, WV
on January 8, 2016.

_X. Cahill, Psy.D._
V. Cahill, Psy. D.
Drug Abuse Program Coordinator

_S. Land_
S. Land, DTS
Drug Treatment Specialist