October 23, 2022

Honorable District Court Judge
United States District Court for the Western District of Virginia
Roanoke, Virginia

Dear Honorable District Court Judge,

I, Shannon Calfee am writing you on behalf of Mr. Turhan Law, whom I have known for over 20 years and am now his fiancée.

I know that Turhan was convicted of a serious offense but I would like to give you some additional information him for your consideration.

Turhan has become a God fearing man and more family oriented during his incarceration. And while incarcerated, Turhan started the battle for his life with the diagnosis of cancer which in turn has made him realize the importance of being an upstanding citizen, not wanting to be separated from his loved ones and the need to please God. He attends church on Sundays faithfully and speaks often of ways to serve his community better by way of volunteering to the elderly, starting a garden for the community and possibly becoming a dog trainer as he is so gentle to even the most aggressive dogs. I often call him the dog whisperer because of how well he interacts with them.

Since Turhan's release, I have substantially noticed a positive change in his demeanor such as him thinking things through before speaking or reacting. He has maintained the calmest disposition as well whereas years prior he would get agitated easily, now that is a thing of the past for him. Turhan has also helped me deal with anxiety by quoting scriptures to and with me, and he has also taken on the role of a mentor to my only child as I am a single parent. In closing, I would like to add that Mr. Law has become more respectful in his everyday dealings and I am proud to share that part of him with you as it was the area in his life he needed the most rehab in.

    Thank you for your consideration.

        Sincerely,

        Shannon Calfee
        [redacted]
        Roanoke, Va 24017